**588  BRILLANT vs. CIRCUIT JUDGE** (Wayne), No. 15413; 67 N. W., 1101; 3 D. L. N., 331.

To vacate so much of a judgment in favor of contestants, in a contest over the admission of a will to probate, as allows to proponents their actual expenses incurred in the trial in the Circuit and Supreme Courts.

Granted July 8, 1896, with costs against proponents.

Held, that while under How. Stat. Sec. 6791, the court might in a meritorious case allow costs payable from the estate to either or both parties, it could do no more than award taxable costs.

Cheever vs. North, 64 N. W., 458.